**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Berta Martin Del Campo,<br><br>Plaintiff(s) | CASE NUMBER:<br>2:14-cv-04378 (RGK) SHx |
| v.<br><br>Hometown Buffet, Inc., et al.,<br><br>Defendant(s). | **ORDER ON**<br>**REQUEST FOR APPROVAL OF**<br>**SUBSTITUTION OR WITHDRAWAL OF**<br>**ATTORNEY** |

The Court hereby orders that the request by counsel of record for Plaintiff <u>Berta Martin Del Campo</u> to the withdrawal of the following counsel of record:

<u>Launa N. Adolph (CA SBN 227743), Matern Law Group, 1230 Rosecrans Avenue, Suite 200, Manhattan Beach, CA 90266; Tel: 310-531-1900; Fax: 310-531-1901; Email: ladolph@maternlawgroup.com. </u>

**is hereby GRANTED.**

No new counsel of record is necessary. Plaintiff will continue to be represented by the following co-counsel of record:

Sahag Majarian, II (CA SBN 146621), Law Offices of Sahag Majarian II, 18250 Ventura Blvd., Tarzana, CA 91356; Tel: 818-609-0807; Fax: 818-609-0892; E-mail: sahagii@aol.com; and

Raymond P. Boucher (CA SBN 115364), Shehnaz M. Bhujwala (CA SBN 223484), and Brandon K. Brouillette (CA SBN 273156), Boucher, LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, CA 91367; Tel:  818-340-5400; Fax: 818-340-5401; E-mail: ray@boucher.la, bhujwala@boucher.la, brouillette@boucher.la.

**IT IS SO ORDERED.**

Dated _____ 9/1/15 _____          _____
                                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (12/14)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**