# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Berta Martin Del Campo,<br><br>Plaintiff(s)<br>v.<br>Hometown Buffet, Inc., et al.,<br><br>Defendant(s). | CASE NUMBER:<br>2:14-cv-04378 (RGK) SHx<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OR WITHDRAWAL OF<br>ATTORNEY** |

The Court hereby orders that the request by counsel of record for Plaintiff Berta Martin Del Campo to the withdrawal of the following counsel of record:

Scott L. Tillett (CA SBN 275119), Khorrami Boucher Sumner Sanguinetti, LLP, 444 S. Flower Street, 33rd Fl., Los Angeles, CA 90071; Tel: 213-596-6000; Fax: 213-596-6010; Email: stillett@kbsslaw.com.

**is hereby GRANTED.**

No new counsel of record is necessary. Plaintiff will continue to be represented by the following co-counsel of record:

Sahag Majarian, II (CA SBN 146621), Law Offices of Sahag Majarian II, 18250 Ventura Blvd., Tarzana, CA 91356; Tel: 818-609-0807; Fax: 818-609-0892; E-mail: sahagii@aol.com; and

Raymond P. Boucher (CA SBN 115364), Shehnaz M. Bhujwala (CA SBN 223484), and Brandon K. Brouillette (CA SBN 273156), Boucher, LLP, 21600 Oxnard Street, Suite 600, Woodland Hills, CA 91367; Tel: 818-340-5400; Fax: 818-340-5401; E-mail: ray@boucher.la, bhujwala@boucher.la, brouillette@boucher.la.

**IT IS SO ORDERED.**

Dated   9/1/15

*[signature: Gary Klausner]*

U. S. District Judge/U.S. Magistrate Judge